UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:10-CR-00215 |
| v. ) | |
| ) | |
| [1] FELIPE GARCIA-RODRIGUEZ ) | |
| ) | |
| [2] ANTONIO CORONADO- ) | |
| BUSTAMANTE ) | |
| ) | |
| [3] ADALID "DINO" SANCHEZ ) | |
| ) | |
| [5] JUAN CARLOS RODRIGUEZ- ) | |
| GARCIA ) | |
| ) | |
| [6] JEFFREY WAYNE CONNER ) | |
| ) | |
| [7] ANGELA MARIE GARCIA ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Seal the Second Superseding Indictment. It is hereby ordered that:

The Motion is granted and the Second Superseding Indictment is ordered sealed, pending further order of the Court, except that a copy of the Second Superseding Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Second Superseding Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

By: *Todd Campbell*
Todd J. Campbell
Chief District Court Judge

Dated: August 24, 2011